UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERNON HORN,<br><br>    Plaintiff,<br><br>-against-<br><br>CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities<br><br>    Defendants. | Civ. No. 3:18-CV-1502 (JAM)<br><br>**STIPULATION AND PROPOSED ORDER CONCERNING CERTAIN DEFENDANTS' RESPONSIVE PLEADINGS** |

  IT IS HEREBY STIPULATED AND AGREED between the undersigned parties that:

  Defendants City of New Haven, Leroy Dease, Petisia Adger, and Daryle Breland agree that they will answer the Complaint and assert affirmative defenses and will not make a motion under Federal Rule of Civil Procedure 12(b) or (c); and

  Plaintiff agrees that the aforementioned Defendants' time to do so is extended until January 4, 2019.

1

Dated: November 19, 2018

| | |
|---|---|
| EMERY CELLI BRINCKERHOFF & ABADY LLP | HOWD & LUDORF, LLC |

By:    /s/ Ilann M. Maazel                    By:    /s/ Thomas R. Gerarde

**Ilann M. Maazel**
**Douglas E. Lieb**
600 Fifth Avenue, 10th Floor
New York, New York 10020
(212) 763-5000
imaazel@ecbalaw.com
dlieb@ecbalaw.com

**Thomas R. Gerarde**
65 Weathersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
tgerarde@hl-law.com

*Attorneys for Defendant City of New Haven*

KOSKOFF, KOSKOFF & BIEDER, P.C.

NIELSEN, ZEHE & ANTAS, P.C.

**Sean K. McElligott**
**Matthew S. Blumenthal**
350 Fairfield Avenue, 5th Floor
Bridgeport, Connecticut 06604
(203) 336-4421
smcelligott@koskoff.com
mblumenthal@koskoff.com

By:    [signature]
**Jeffrey R. Zehe**
**Bradford Scott Krause**
55 West Monroe Street, Suite 1800
Chicago, IL 60603
(312) 322-9900
jzehe@nzalaw.com
bkrause@nzalaw.com

*Attorneys for Plaintiff Vernon Horn*

SUSMAN, DUFFY & SEGALOFF, P.C.

**Thomas E. Katon**
59 Elm Street, 5th Floor
New Haven, CT 06507
(203) 624-9830
tkaton@sussmanduffy.com

*Attorneys for Defendants Leroy Dease, Petisia Adger, and Daryle Breland*

SO ORDERED:

_____
HON. JEFFREY A. MEYER
UNITED STATES DISTRICT JUDGE