UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VERNON HORN,**<br>          Plaintiff,<br><br>     -against-<br><br>**CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities,**<br><br>          Defendants. | No. 3:18-CV-1502 (JAM)<br><br><br>March 19, 2019 |

## MOTION TO WITHDRAW APPEARANCE

The undersigned moves to withdraw as counsel on behalf of Vernon Horn in the above-captioned matter. This Motion is made pursuant to Local Rule 7(e) seeking an Order authorizing my withdrawal of Appearance as counsel on behalf of Vernon Horn. The basis for withdrawal is that I have been elected and sworn in as a member of the Connecticut General Assembly. While no conflict of interest or other potential violation currently appears to exist under the Connecticut Rules of Professional Conduct or the Connecticut Code of Ethics for Public Officials, out of a sense of caution and in the best interests of his case, Mr. Horn and I have agreed that it would be best that I withdraw my personal Appearance in this case. Other attorneys from Koskoff, Koskoff & Bieder, P.C. have and will maintain appearances on file on behalf of Vernon Horn in this action.

The undersigned certifies that Vernon Horn has been notified of this motion by telephone conversation.

WHEREFORE, Matthew S. Blumenthal respectfully requests this Court enter an Order permitting withdrawal of Appearance as counsel to Vernon Horn in this matter.

Dated at Bridgeport, Connecticut, this 19th day of March, 2019.

Respectfully submitted,

**By:**     /s/
**MATTHEW S. BLUMENTHAL**
**D. Conn. Bar #ct30448**
**KOSKOFF KOSKOFF & BIEDER**
350 FAIRFIELD AVENUE
BRIDGEPORT, CT  06604
Email: mblumenthal@koskoff.com
TEL:   203-336-4421
FAX:   203-368-3244

**CERTIFICATION**

This is to certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/
**MATTHEW S. BLUMENTHAL**