UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERNON HORN,<br><br>                    Plaintiff,<br><br>    -against-<br><br>CITY OF NEW HAVEN et al.,<br><br>                    Defendants. | Civ. No. 3:18-CV-1502 (JAM)<br><br>September 13, 2019 |

## NOTICE CONCERNING WITHHELD PRIVILEGED DOCUMENTS

Pursuant to Magistrate Judge Spector's order resolving the parties' privilege dispute, *see* Dkt. #107 at 5, undersigned counsel hereby certifies that none of the documents withheld by Plaintiff and listed on his privilege log contains information regarding Plaintiff's or his counsel's knowledge of the allegedly exculpatory phone records at issue on Plaintiff's *Brady* claim.

Dated: September 13, 2019
New York, New York

                                      EMERY CELLI BRINCKERHOFF
                                      & ABADY LLP

                                      /s/
                                      Ilann M. Maazel
                                      Douglas E. Lieb
                                      600 Fifth Avenue, 10th Floor
                                      New York, New York 10020
                                      (212) 763-5000
                                      imaazel@ecbalaw.com
                                      dlieb@ecbalaw.com

                                      KOSKOFF, KOSKOFF & BIEDER,
                                      P.C.

                                      Sean K. McElligott
                                      Sarah Steinfeld
                                      350 Fairfield Avenue, 5th Floor
                                      Bridgeport, Connecticut 06604
                                      (203) 336-4421
                                      smcelligott@koskoff.com
                                      ssteinfeld@koskoff.com

                                      *Attorneys for Plaintiff*