UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERNON HORN,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities<br><br>    Defendants. | Civ. No. 3:18-CV-1502 (RNC) |
| MARQUIS JACKSON,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities<br><br>    Defendants. | Civ. No. 3:19-CV-388 (RNC)<br><br><br><br><br><br><br><br>SEPTEMBER 24, 2020 |

**JOINT MOTION TO MODIFY CASE MANAGEMENT DEADLINES,
FILED ON BEHALF OF PLAINTIFFS MARQUIS JACKSON AND
VERNON HORN, AND DEFENDANTS CITY OF NEW HAVEN, LEROY
DEASE, PETISIA ADGER AND DARYLE BRELAND**

Plaintiffs Marquis Jackson and Vernon Horn and Defendants City of New Haven, Leroy Dease, Petisia Adger and Daryle Breland, parties to the above-captioned consolidated matters, hereby move for a three-week extension of the deadline for disclosure of Plaintiffs' experts from the current deadline of 10/6/20 to 10/27/20, and corresponding extensions of remaining deadlines as follows:

| Item | Current deadline | New deadline |
|---|---|---|
| Plaintiffs' expert disclosures | 10/6 | 10/27 |
| Depo of Plaintiffs' experts | 11/6 | 11/27 |
| Defendants' expert disclosures | 11/27 | 12/18 |
| Depo of Defendants' experts | 12/28 | 1/18/21 |
| Plaintiffs' rebuttal expert disclosure (if any) | 1/14/21 | 2/4/21 |
| Depo of Plaintiffs' rebuttal experts (if any) | 2/15/21 | 3/8/21 |

Dispositive motions filing deadline– 30 days following plaintiffs' written confirmation of no rebuttal experts; or 4/8/21 if rebuttal experts, and in no event before 2/12/21.

The undersigned has not been able to ascertain the position of the remaining defendant, James Stephenson, with respect to this motion, notwithstanding efforts to do so.  Based on said defendant's previous position with respect to the ultimate deadline for filing dispositive motions, it is anticipated that Defendant James Stephenson may again respectfully request that if his pending interlocutory appeal, already briefed in full and heard at oral argument before the Second Circuit on 9/3/20, is not resolved sixty days before the due date for summary judgment, then he be permitted to seek a due date sixty dates from when the appeal is resolved; Plaintiffs take no position with respect thereto, reserving their right to object to such extension by Defendant Stephenson, in the event, if at all, such circumstance arises.

The foregoing schedule is needed due to (i) the fact that certain transcripts from fact depositions recently completed are not yet available, and (ii) scheduling and other difficulties arising from the on-going COVID-19 conditions.

Based on the foregoing, it is respectfully jointly requested by the above-named parties that the Court extend the remaining deadlines as set forth above.

Dated: September 25, 2020
New York, New York

        EMERY CELLI BRINCKERHOFF
        ABADY WARD & MAAZEL LLP

        _____/s/_____

        Ilann M. Maazel
        Nick Bourland
        600 Fifth Avenue, 10th Floor
        New York, New York 10020
        (212) 763-5000
        imaazel@ecbawm.com
        nbourland@ecbawm.com

        PARRETT, PORTO, PARESE &
        COLWELL, P.C.

        Tamar R. Birckhead
        2139 Whitney Avenue, Suite 1-D
        Hamden, Connecticut 06518
        (203) 281-2700
        tbirckhead@pppclaw.com

        KAUFMAN LIEB LEBOWITZ &
        FRICK LLP

        Douglas E. Lieb
        10 East 40th Street, Suite 3307
        New York, NY 10016
        (212) 660-2332
        dlieb@kllf-law.com

        *Attorneys for Plaintiff*