UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON HORN,  *Plaintiff,* | : : : | CIVIL NO. 3:18-CV-1502 (RNC) |
| v. | : : | |
| CITY OF NEW HAVEN, *et al.,*  *Defendants.* | : | DECEMBER 24, 2020 |

## CONSENT MOTION FOR EXTENTION OF EXPERT DISCLOSURE DEADLINES

The parties have discussed and consented to an extension of the deadlines in the Court's October 21, 2020 Order, (ECF No. 169), for the disclosure of the parties' liability experts and the deadlines for completing the depositions of these experts, as set forth below. A similar consented-to extension has been reached by the parties in the corresponding *Jackson* lawsuit, *Marquis Jackson v. City of New Haven, et al.*, 3:19-CV-388 (RNC). The defendant hereby moves for an Order confirming these extensions as follows:

- Disclosure of Plaintiff's liability experts be extended, *nunc pro tunc*, from **November 6, 2020** until **January 20, 2021**;

- Deposition of Plaintiff's liability experts be extended, *nunc pro tunc*, from **December 7, 2020** until **February 10, 2021**;

- Disclosure of Defendants' liability experts be extended from **December 28, 2020** until **March 1, 2021**; and

- Deposition of Defendants' liability experts be extended from **January 28, 2021** until **March 17, 2021**.

The foregoing requested extensions are needed due to health issues with one of plaintiff's experts, as well as other logistical and scheduling issues caused by

COVID-19.  The foregoing requested extensions will not affect current dispositive motions deadline of April 17, 2021.[1]  (Doc. 169).  The parties in these consolidated cases have communicated and have all consented to the requested extension detailed herein.  The current deadline could not be met despite diligent efforts of the various parties in this case.

**WHEREFORE**, it is respectfully requested that the Court issue an Order confirming the extended the deadlines as set forth above.

                            DEFENDANT
                            James Stephenson

                            WILLIAM TONG
                            ATTORNEY GENERAL

BY:__/s/_*Stephen R. Finucane*_____
      Stephen R. Finucane
      Assistant Attorney General
      110 Sherman Street
      Hartford, CT  06105
      Federal Bar #ct30030
      E-Mail:  stephen.finucane@ct.gov
      Tel: (860) 808-5450
      Fax: (860) 808-5591

---

[1] Though, as stated in previous motions, defendant Stephenson reserves the right to seek extension of time for his motion for summary judgment depending on the status of the pending Second Circuit appeal, and the plaintiff reserves the right to respond at that time.

## CERTIFICATION

I hereby certify that on December 24, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

                                                /s/ Stephen R. Finucane
                                                Stephen R. Finucane
                                                Assistant Attorney General