Civil- (Dec-2008)

HONORABLE: R. M. Spector

DEPUTY CLERK T. Murphy    RPTR/ECRO/TAPE FTR

TOTAL TIME: 1 hours 3 minutes
DATE: 1/22/2021    START TIME: 9:44AM    END TIME: 10:47AM
LUNCH RECESS    FROM:            TO:
RECESS (if more than ½ hr)    FROM:            TO:

CIVIL NO.  3:18-cv-1502 RNC

Horn                                        Ilann Maazel, Nick Bourland
                                            Plaintiff's Counsel
vs
New Haven et al                             Thomas Gerarde, Thomas Katon
                                            Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☐ Miscellaneous Hearing     **X** Status Conference

☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....#____ Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   Oral Motion_____ ☐ granted ☐ denied ☐ advisement
☐ .....   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: