UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON HORN, | : | CIVIL NO. 3:18-CV-1502(RNC) |
| *Plaintiff*, | : | *consolidated for discovery purposes* |
| | : | *with* 3:19-CV-0388(RNC) |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, *et al.*, | : | MARCH 19, 2021 |
| *Defendants*. | | |

| | | |
|---|---|---|
| MARQUIS JACKSON, | : | CIVIL NO. 3:19-CV-388 (RNC) |
| *Plaintiff*, | : | *consolidated for discovery purposes* |
| | : | *with* 3:18-CV-1502(RNC) |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, *et al.*, | : | MARCH 19, 2021 |
| *Defendants*. | | |

**CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT
STEPHENSON TO MAKE HIS EXPERT DISCLOSURES
AND CORRESPONDING DEPOSITIONS**

Defendant Stephenson moves for an extension of time of the March 31, 2021 deadline to make his expert disclosures and seeks to have that deadline extended until and including April 30, 2021 in the above-captioned cases, with corresponding depositions to take place thereafter. Plaintiff Horn and Plaintiff Jackson both consent to this extension. There have been previous extensions of expert disclosures in these cases. The current deadlines cannot be met despite diligent effort. Most important, good cause exists to grant this motion, as the defendant's expert to be disclosed is of advanced age and experiencing serious symptoms and feelings of illness following a COVID19 vaccination. Therefore, in light of the

**ORAL ARGUMENT NOT REQUESTED**

health and safety risks, defendant Stephenson respectfully requests that the Court grant this motion.

**WHEREFORE**, the Court should grant this motion and extend Stephenson's expert disclosure deadline from March 31, 2021 until and including April 30, 2021 and extend the deadlines for corresponding depositions of Stephenson's expert disclosures accordingly.

        *Respectfully submitted,*

        DEFENDANT
        Stephenson

        WILLIAM TONG
        ATTORNEY GENERAL

    BY:__/s/_*Stephen R. Finucane*_____
        Stephen R. Finucane
        Assistant Attorney General
        110 Sherman Street
        Hartford, CT  06105
        Federal Bar #ct30030
        E-Mail:  stephen.finucane@ct.gov
        Tel: (860) 808-5450
        Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on March 19, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                       /s/ *Stephen R. Finucane*  
                                                                                                       Stephen R. Finucane  
                                                                                                       Assistant Attorney General