UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VERNON HORN, | : | CIVIL NO. 3:18-CV-1502 (RNC) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, *et al.*, | : | APRIL 30, 2021 |
| *Defendants*. | | |

### CONSENT MOTION FOR EXTENTION OF DEADLINE TO FILE DISPOSITIVE MOTIONS TO JUNE 7, 2021

All Parties have discussed and consented to an extension of three weeks to the dispositive motion deadline. A similar consented-to extension is requested in the corresponding Jackson lawsuit, *Marquis Jackson v. City of New Haven, et al.*, 3:19-CV-388 (RNC). The Defendants hereby move for an Order granting this extension and in support state as follows:

1. The Defendants ask this Court to modify the existing scheduling order, which currently provides the deadline for dispositive motions to be filed on May 14, 2021. (See Docket Order No. 133)

2. The Defendants, with Plaintiffs' consent, request an extension of three weeks to the current dispositive motion deadline to June 7, 2021.

3. This request is made in part due to the additional time and delay that resulted from the completion of Plaintiff Jackson's expert witness disclosures and depositions, after Plaintiff Jackson withdrew his originally disclosed expert witnesses. On November 30, 2020, Plaintiff's original liability expert was withdrawn due to a health-related complication, and his original damages expert was withdrawn on November 20, 2020, because Plaintiff had relocated and changed treating psychiatrists. The Defendants agreed to Plaintiff Jackson's request to withdraw and replace his experts.

4. The Court then entered an Order on December 25, 2020 amending Plaintiff Jackson's expert disclosure dates. However, the dispositive motion deadline remained the same.

5. Plaintiff Jackson disclosed two new experts. The report for Plaintiff Jackson's replacement liability expert was disclosed on February 8, 2021 and the report for Plaintiff's replacement damages expert was disclosed on January 13, 2021. The experts were thereafter deposed on February 19, 2021 and March 2, 2021.

6. Plaintiff Jackson then requested and took an additional important fact witness deposition of New Haven States' Attorney, Patrick Griffin, on April 8, 2021. The deposition had been previously requested but delayed in part due to administrative complications related to COVID-19. The Defendants agreed to accommodate the taking of this deposition during expert discovery.

7. Due to delays outlined above, the Defendants' expert disclosures were delayed by agreement until April 15, 2021.

8. The Defendants request to modify the dispositive motion deadline so that the deadline is after the Defendants' experts' depositions are completed.

**WHEREFORE**, it is respectfully requested that the Court approve and extend the dispositive motion deadline to and include June 7, 2021.

Respectfully submitted,

NIELSEN, ZEHE & ANTAS, P.C.

/s/ Bradford S. Krause

Jeffrey R. Zehe
Bradford S. Krause
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe, Suite 1800
Chicago, Illinois 60603
(312) 322-9900
*jzehe@nzalaw.com*
*bkrause@nzalaw.com*
*Attorneys for Defendants Leroy Dease,
Petisia Adger, and Daryle Breland*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing, has been served *via* electronic transmission, on this 30th day of April 2021, to the attorneys listed in the attached Service List.

/s/ Jennifer Alonzo
Jennifer Alonzo

## SERVICE LIST

*Horn v. City of New Haven, et al.* – Case No. 2018 CV 01502
*Jackson v. City of New Haven, et al.* – Case No. 2019 CV 00388

| |
|---|
| Ilaan M. Maazel<br>EMERY, CELLI, BRINCKERHOFF & ABADY, LLP<br>600 Fifth Avenue at Rockefeller Center, 10th Floor<br>New York, NY 10020<br>(212) 763-5000<br>*imaazel@ecbalaw.com*<br><br>Douglas Edward Lieb<br>Kaufman Lieb Lebowitz & Frick LLP<br>10 East 40th Street<br>Suite 3307<br>New York, NY 10016<br>212-660-2332<br>*dlieb@kllflaw.com*<br><br>Sarah Steinfeld<br>Sean K. McElligott<br>KOSKOFF, KOSKOFF & BIEDER, P.C.<br>350 Fairfield Avenue, Floor 5<br>Bridgeport, CT 06604<br>(203) 583-8634<br>*ssteinfeld@koskoff.com*<br>*smcelligott@koskoff.com*<br>**Attorneys for Plaintiff, Vernon Horn** |
| Kenneth Rosenthal<br>LAW OFFICE OF KENNETH ROSENTHAL<br>One Audubon Street<br>Third Floor<br>New Haven, CT 06511<br>*krosenthal@gs-lawfirm.com*<br><br>Daniel Fernandes Lage<br>Christie Dorine Jean<br>RUANE ATTORNEYS AT LAW<br>1 Enterprise Drive, Suite #305<br>Shelton, CT 06484<br>(203) 925-9200<br>*daniel@ruaneattorneys.com*<br>*christie.jean@ruaneattorneys.com*<br>**Attorneys for Plaintiff, Marquis Jackson** |

4

Thomas R. Gerarde
Beatrice S. Jordan
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361 ext. 143
*tgerarde@hl-law.com*
*bjordan@hl-law.com*
*lorelei@hl-law.com*
*sserrano@hl-law.com*
*mburgess@hl-law.com*
***Attorneys for the City of New Haven***

Jeffrey R. Zehe
NIELSEN, ZEHE & ANTAS, P.C.
55 W. Monroe St., Suite 1800
Chicago, Illinois 60603
(312) 322-9900
*jzehe@nzalaw.com*

Thomas E. Katon
SUSMAN, DUFFY & SEGALOFF, P.C.
59 Elm Street, 5th Floor
New Haven, CT 06507
(203) 624-9830
*tkaton@susmanduffy.com*
***Attorneys for Leroy Dease, Petisia Adger, Daryle Breland***

Stephen R. Finucane
Edward D. Rowley
Terrence M. O'Neill
OFFICE OF THE ATTORNEY GENERAL--SHERMAN
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
*Stephen.finucane@ct.gov*
*Edward.rowley@ct.gov*
*Terrence.oneill@ct.gov*
***Attorneys for James Stephenson***