UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERNON HORN,<br><br>                       Plaintiff,<br><br>  -against-<br><br>CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities,<br><br>                       Defendants. | Civ. No. 3:18-CV-01502 (RNC)<br><br>February 23, 2023 |

**MOTION TO WITHDRAW APPEARANCE AS COUNSEL**

      DOUGLAS E. LIEB hereby respectfully moves to withdraw as counsel for Plaintiff Vernon Horn. The other attorneys of record for Plaintiff, Ilann M. Maazel and Nicholas Bourland of Emery Celli Brinckerhoff Abady Ward & Maazel LLP and Tamar R. Birckhead of Parrett, Porto, Parese & Colwell, P.C., continue to represent Plaintiff. The undersigned is asserting a charging lien on the proceeds of this case.

                                                          KAUFMAN LIEB LEBOWITZ & FRICK LLP

                                                          /s/
                                                    Douglas E. Lieb (ct31164)
                                                    18 East 48th Street, Suite 802
                                                    New York, NY 10017
                                                    (212) 660-2332
                                                    dlieb@kllf-law.com