Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny

DEPUTY CLERK _____   RPTR/ECRO/TAPE Alicia Cayode Kyles

TOTAL TIME: ___ hours  29 minutes

DATE: 2-15-2024   START TIME: 2:06pm   END TIME: 2:35pm

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CIVIL NO. 3:18-cv-01502-RNC

Vernon Horn                                                           Lieb, Maazel
                                                                      Plaintiff's Counsel

                    vs
New Haven et al                                                       Gerarde, Katon, Murphy, Krause, Rowley
                                                                      Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing                    ☐ Show Cause Hearing
☐ Evidentiary Hearing               ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing TSC

☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....# ____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....      ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____  ☐ filed ☐ docketed
☐ ..........  _____ Hearing continued until _____ at _____

Notes: Case discussions will continue at subsequent teleconference.