# EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP

JONATHAN S. ABADY
MATTHEW D. BRINCKERHOFF
ANDREW G. CELLI, JR.
RICHARD D. EMERY
DEBRA L. GREENBERGER
DIANE L. HOUK
DANIEL J. KORNSTEIN
JULIA P. KUAN
HAL R. LIEBERMAN
ILANN M. MAAZEL
KATHERINE ROSENFELD
ZOE SALZMAN
SAM SHAPIRO
EARL S. WARD
O. ANDREW F. WILSON

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbawm.com

MONDAIRE JONES
VASUDHA TALLA

ERIC ABRAMS
NICK BOURLAND
DANIEL M. EISENBERG
ARIADNE M. ELLSWORTH
SARA LUZ ESTELA
LAURA S. KOKOTAILO
SONYA LEVITOVA
SARAH MAC DOUGALL
SANA MAYAT
HARVEY PRAGER
VIVAKE PRASAD
MAX SELVER
EMILY K. WANGER

April 11, 2024

*Via ECF*

Hon. Robert N. Chatigny
United States District Judge
United States District Court
District of Connecticut
450 Main Street – Room 228
Hartford, Connecticut 06103

   Re: *Horn v. City of New Haven, et al.*, No. 18 Civ. 1502

Your Honor:

   Plaintiff Vernon Horn joins in the motion to reconsider filed in *Jackson v. New Haven*, 19 Civ. 00388, Dkt. #283.

            Respectfully submitted,

             /s/
            Ilann M. Maazel
            Nick Bourland


            KAUFMAN LIEB LEBOWITZ & FRICK
            Douglas E. Lieb