Civil- (Dec-2008)

HONORABLE: Robert N. Chatigny
DEPUTY CLERK: _____  RPTR/ECRO/TAPE: A. Cayode Kyles
TOTAL TIME: ___ hours  44 minutes
DATE: 4-18-2024  START TIME: 2:02pm  END TIME: 2:46pm
LUNCH RECESS  FROM: ___  TO: ___
RECESS (if more than ½ hr)  FROM: ___  TO: ___

CIVIL NO. 3:18-cv-1502-RNC

Vernon Horn  |  D. Lieb, I. Maazel, N. Bourland
_____  |  Plaintiff's Counsel
vs  |
New Haven, et al.  |  T. Gerarde, T. Katon, J. Murphy, B. Krause
_____  |  Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☑ Motion hearing                ☐ Show Cause Hearing
☐ Evidentiary Hearing           ☐ Judgment Debtor Exam
☑ Miscellaneous Hearing  Sched.

☑ ....#345  Motion for Reconsideration      ☑ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____                ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____                ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____                ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____                ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____                ☐ granted ☐ denied ☐ advisement
☐ ....#____ Motion _____                ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____               ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____               ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____               ☐ granted ☐ denied ☐ advisement
☐ ....  Oral Motion _____               ☐ granted ☐ denied ☐ advisement
☐ ....  ☐ Briefs(s) due ___  ☐ Proposed Findings due ___  Response due ___
☐ ..........  _____                     ☐ filed ☐ docketed
☐ ..........  _____                     ☐ filed ☐ docketed
☐ ..........  _____                     ☐ filed ☐ docketed
☐ ..........  _____                     ☐ filed ☐ docketed
☐ ..........  _____                     ☐ filed ☐ docketed
☐ ..........  _____                     ☐ filed ☐ docketed
☐ ..........  Hearing continued until ___ at ___

Notes: Held via teleconference in conjunction with case no. 3:19-cv-388-RNC. Defendant's motion for reconsideration is granted, and plaintiff's claims may proceed.