RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

January 27, 2020

**By Email**

Jeff Zehe
Nielsen, Zehe & Antas, P.C.
Counsel for Defendants Adger, Breland, and Dease

Tom Gerarde
Howd & Ludorf
Counsel for Defendant City of New Haven

   Re: *Horn v. City of New Haven*, No. 3:18-CV-1502

Dear Jeff and Tom:

   We write to make sure that you are on notice of specific additional *Brady* violations that provide an additional factual basis for Plaintiff Vernon Horn's first cause of action (against Defendants Adger, Dease, and Breland) and, by extension, his sixth cause of action (against Defendant City).

   Mr. Horn's first cause of action alleges that Ms. Adger, Mr. Dease, and Mr. Breland deprived him of his Fourteenth Amendment right to a fair trial by withholding material exculpatory evidence—that is, *Brady* material—from the State's Attorney's Office. Paragraphs 247-249 of the complaint focus on the phone records found in Ms. Adger's basement. Paragraph 250 alleges: "On information and belief, Dease, Adger, and Breland failed to disclose other *Brady* material to the State's Attorney's Office as well."

   Fact discovery in this case, and particularly the depositions of Marcus Pearson, Kendell Thompson, and Mr. Breland, has revealed the following additional *Brady* violations in this case that fall within the scope of Paragraph 250 of the complaint and provide an additional factual basis for Mr. Horn's *Brady* claims:

   - Kendell Thompson repeatedly told police that he could not identify the masked assailants in the Dixwell Deli.



EMERY CELLI BRINCKERHOFF & ABADY LLP
Page 2

- Marcus Pearson repeatedly told police that he did not call Crystal Sykes on the morning of January 25, 1999.

- Marcus Pearson repeatedly told police that he did not borrow a cell phone from Vernon Horn on January 25, 1999.

You are surely aware from participating in depositions to date that we are pursuing these issues in this case. We have also put these issues on the record in previous depositions. Nonetheless, in an abundance of caution, please take formal notice that these additional *Brady* violations fall within Paragraph 250 of the Complaint and that Mr. Horn intends to raise them at trial.

Sincerely yours,

/s/

Ilann M. Maazel
Douglas E. Lieb
Nick Bourland

c.   All counsel of record (by email)