UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERNON HORN,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities,<br><br>    Defendants. | No. 3:18 Civ. 1502 (RNC) |
| MARQUIS JACKSON,<br><br>    Plaintiff,<br><br> -against-<br><br>CITY OF NEW HAVEN; and LEROY DEASE, PETISIA ADGER, DARYLE BRELAND, and JAMES STEPHENSON, in their individual capacities,<br><br>    Defendants. | No. 3:19 Civ. 388 (RNC) |

**CONSENT MOTION FOR STATUS CONFERENCE RE PENDING MOTIONS**

  Following a Second Circuit mandated telephonic conference held on this date, the undersigned, with the consent of all remaining parties to the above-captioned cases (i.e., all parties except James Stephenson), respectfully move the Court for a telephonic and/or Zoom status conference to address the two motions currently pending before this Court that directly affect the Detectives' pending interlocutory appeals, as follows:

  1. Plaintiff's Motion for Reconsideration of Summary Judgment as to Count 2 (*Jackson* ECF # 283, 290 & 291; *Horn* ECF # 349 & 354); and

2. Plaintiff's Motion to Certify Detectives' Appeal as Frivolous (*Horn* ECF # 355 & 360; *Jackson* ECF # 292 & 296).

Both motions impact the Detectives' pending interlocutory appeal. In particular, depending upon your Honor's resolution of the Moton for Reconsideration, the Detectives would potentially amend the appeal to include Count 2 in the interests of having all issues finalized simultaneously, and request an extension to file their appeal which is due August 13 2024. *See* 4/18/2024 Transcript (Jackson ECF # 289), pp. 17-21.

In view of upcoming deadlines in the pending appeal, including an August 13, 2024 deadline for filing of Appellants' brief with the Second Circuit, it is respectfully requested that a status conference be scheduled at this Court's earliest convenience.

Dated: July 12, 2024

| The Plaintiff,<br>VERNON HORN | The Plaintiff,<br>MARQUIS JACKSON |
|---|---|
| By His Counsel: | By His Counsel: |
| EMERY CELLI BRINCKERHOFF<br>ABADY WARD & MAAZEL LLP | LAW OFFICE OF KENNETH ROSENTHAL |
| */s/ Ilann M. Maazel* | Kenneth Rosenthal, ct05944<br>One Audubon Street, 3rd Floor |
| Ilann M. Maazel, *pro hac vice*<br>Nicholas Bourland, *pro hac vice*<br>600 Fifth Ave, 10th Floor<br>New York, NY 10017<br>(212) 763-5000<br>imaazel@ecbawm.com<br>nbourland@ecbawm.com | New Haven, CT 06511<br>(203) 915-4235<br>krosenthal@gs-lawfirm.com |

## **CERTIFICATION**

I hereby certify that on July 11, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties in the *Jackson* case by operation of the court's electronic filing system. In addition, the undersigned has emailed a copy to all counsel in the consolidated case of *Horn v. City of New Haven, et al.*, Civ. No. 3:18- CV-1502 (RNC).

/s/ Ilann Maazel
Ilann Maazel
Nick Bourland