**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of August, two thousand twenty-four.

---

Vernon Horn,

    Plaintiff - Appellee,

v.

Lee Dease, Executor of the Estate of Leroy Dease, Petisia Adger, in their individual capacities, Daryle Breland, in their individual capacities,

    Defendants - Appellants,

City of New Haven, Leroy Dease, in their individual capacities, James Stephenson,

    Defendants.

**ORDER**

Docket No. 24-2220

---

On April 17, 2024, the appellant filed a notice of appeal which the District Court transmitted to the Court of Appeals that day. That case was opened as 24-1034. On August 20, 2024, the appellant filed a notice of appeal in the same matter which the District Court transmitted to the Court of Appeals that day. That appeal was opened as 24-2220. The District Court then corrected the notice of appeal filed on August 20, 2024 for 24-2220 to an amended notice of appeal and notified the Court of Appeals on August 23, 2024 of the correction. 24-1034 and 24-2220 being duplicate appeals,

IT IS HEREBY ORDERED that this case docketed under 24-2220 is administratively closed. The amended notice of appeal filed on August 20, 2024 will be docketed in 24-1034 in the normal course.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/27/2024