UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VERNON HORN                          :          NO.: 3:18-CV-01502 KAD
                                     :
v.                                   :
                                     :
CITY OF NEW HAVEN, ET AL             :          JULY 10, 2026

## **DEFENDANT, CITY OF NEW HAVEN'S MOTION *IN LIMINE* TO PRECLUDE INADMISSIBLE HEARSAY UNDER FED. R. EVID. 801(4)(b)(1)**

Defendant, City of New Haven, hereby files this Motion *in Limine* to preclude all prior testimony designations that plaintiffs may offer from proceedings that the City was not a party to, as inadmissible hearsay under Rule 801(4)(b)(1) of the Federal Rules of Evidence.

Defendant respectfully submits an accompanying Memorandum of Law in Support of this Motion *in Limine*.

WHEREFORE, defendant, City of New Haven, respectfully requests that the Court grant this Motion *in Limine*.

DEFENDANT,
CITY OF NEW HAVEN


By_____    */s/ Thomas R. Gerarde*_____
   Thomas R. Gerarde (ct05640)
   Alan R. Dembiczak (ct25755)
   Amanda E. Stone (ct31531)
   Abigail R. Willauer (ct31834)
   Eric E. Gerarde (ct31120)
   Howd & Ludorf, LLC
   100 Great Meadow Road
   Suite 201
   Wethersfield, CT  06109
   Ph:  (860) 249-1361
   Fax:  (860) 249-7665
   E-mail: tgerarde@hl-law.com
   E-mail adembiczak@hl-law.com
   E-mail: astone@hl-law.com
   E-mail: awillauer@hl-law.com
   E-mail: egerarde@hl-law.com

2