**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VERNON HORN | : | Docket No. 3:18-cv-01502(KAD) |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF NEW HAVEN, ET AL. | : | |
| *Defendants*. | : | JULY 21, 2026 |

**NOTICE OF APPEARANCE**

Please enter the appearance of the undersigned, Megan C. Medlicott, as counsel on behalf of Defendant, City of New Haven.

Respectfully submitted,

DEFENDANT,
CITY OF NEW HAVEN

By: */s/ Megan C. Medlicott*
Megan C. Medlicott (ct32076)
mmedlicott@goodwin.com
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.: (860) 251-5000

*Its Attorney*